Kathryn Tassinari, OSB # 80115
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR  97401
(541) 686-1969
Of Attorneys for Plaintiff

FILED
DEC - 3 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

DEBORAH DICKASON,                  )
                                                         )     Case No. 07-6007-KI
                    Plaintiff,                      )
                                                         )     ORDER APPROVING PLAINTIFF'S
                                                         )     MOTION FOR ATTORNEY FEES
            vs.                                        )     PURSUANT TO 42 U.S.C. §406(b)
                                                         )
MICHAEL J. ASTRUE,                    )
Commissioner of Social Security,    )
                                                         )
                    Defendant.                    )
_____  )

        After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having

no objection, Order is hereby granted in the sum of $13,962.25 as full settlement of all claims for

attorney fees pursuant to 42 U.S.C. §406(b). Commissioner shall deduct from $13,962.25 an

administrative assessment under 42 USC §406(d) and pay Plaintiff's counsel the balance.

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 1

Counsel shall refund the EAJA fee of $4,626.49 awarded herein to Plaintiff.

IT IS SO ORDERED this 3rd day of December, 2008.

_____
U.S. District Judge

PRESENTED BY:

s/ Kathryn Tassinari
Of Attorneys for Plaintiff

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 2